# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ANTHONY SILVA, | ) | 1:10-cv-00409 LJO MJS HC |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) ) | [Doc. 21] |
| DERRAL G. ADAMS, | ) ) | ORDER DENYING PETITIONER'S MOTION REQUESTING RULING |
| Respondent. | ) ) | [Doc. 22] |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has requested the appointment of counsel. (ECF No. 21.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Petitioner mentions in his motion that he is a patient of mental health services, but provides no other information regarding his mental state that would enable the Court to evaluate his ability to continue his own representation. Accordingly, his motion for appointment must be denied.

Additionally, on July 26, 2011, Petitioner filed a motion requesting ruling on his petition

for writ of habeas corpus. It appears Petitioner seeks an expedited ruling on his petition. However, this Court does not have an expedited calendar. It acts to resolve all pending cases in the most efficient and timely manner possible, but its docket of pending cases is substantial. The Court must act first on matters pending the longest. Petitioner's petition will be addressed in due course.

Accordingly,  IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel and Petitioner's motion requesting ruling in the pending petition for writ of habeas corpus are DENIED.

IT IS SO ORDERED.

Dated:     March 16, 2012                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE